JAMES J. SULLIVAN, PLAINTIFF-APPELLANT, v. AETNA CASUALTY AND SURETY COMPANY, DEFENDANT-RESPONDENT.

Argued May 24, 1935—Decided May 24, 1935.

For the appellant, *Gross & Gross.*

For the respondent, *Collins & Corbin.*

PER CURIAM.

The judgment of nonsuit is affirmed.

*For affirmance*—THE CHANCELLOR, CHIEF JUSTICE, TRENCHARD, PARKER, LLOYD, CASE, BODINE, DONGES, HEHER, PERSKIE, VAN BUSKIRK, KAYS, HETFIELD, DEAR, WELLS, JJ. 15.

*For reversal*—None.